UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELTONA TRANSFORMER CORPORATION,**

    **Plaintiff,**

v.    Case No: 6:20-cv-527-PGB-GJK

**ODES INDUSTRIES LLC, POWERSPORTS POWERHOUSE LLC and MICHAEL SMITH,**

    **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff Deltona Transformer Corporation's Motion for Attorneys' Fees and Costs (Doc. 31). United States Magistrate Judge Gregory J. Kelly submitted a report recommending the motion be granted in part. (Doc. 32 ("**Report and Recommendation**")).

After an independent *de novo* review of the record in this matter, and noting neither party has filed any timely objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 26, 2021 (Doc. 32), is

    **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The Clerk is **DIRECTED** to enter judgment awarding Plaintiff $37,769.51 in attorney's fees against Defendant Powersports Powerhouse LLC f/k/a Odes Powersports USA LLC;

3. The Clerk is further **DIRECTED** to enter judgment awarding Plaintiff $400 in costs against Defendant Powersports Powerhouse LLC f/k/a Odes Powersports USA LLC; and

4. The Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on March 15, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

.